| | | | |
|---|---|---|---|
| DATE: | 1-5-2016 | **CASE NUMBER:** | 6:15cr56 |
| LOCATION: | Tyler | | |
| JUDGE: | K. NICOLE MITCHELL | USA          VS. | **Rasheed Abdul Aziz** |
| DEP. CLERK: | Lisa Hardwick | | |
| RPTR/ECRO: | Lisa Hardwick | Frank Coan | Ken Hawk |
| USPO: | Lora Savoie | | |
| INTERPRETER: | ---------------------- | | |
| TIME START: | 3:14 p.m. | | |
| TIME END: | 3:16 p.m. | | |

## COMPETENCY HEARING

| X | Competency Hearing Called | X | Competency Hearing Held |
|---|---|---|---|
| X | Deft appeared with counsel | X | Deft found competent |
| X | The Forensic Evaluation and the Addendum were made part of the record (Sealed) | X | Deft remanded to the custody of the U.S. Marshals |