IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:15-CR-56 |
| | § | Judge Schneider |
| RASHEED ABDUL AZIZ | § | |

## NOTICE OF PLEA AGREEMENT

NOW COMES the United States, by and through the undersigned Assistant United States Attorney, and would show the Court that defendant, **Rasheed Abdul Aziz**, and the government have entered into a plea agreement concerning the charges now pending before the Court.

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:15-CR-56 |
| | § | Judge Schneider |
| RASHEED ABDUL AZIZ | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 23rd day of March, 2016.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.