| | | | |
|---|---|---|---|
| DATE: | 4-12-2016 | **CASE NUMBER:** | 6:15cr56-(1) |
| LOCATION: | Tyler, TX | | |
| JUDGE: | K. NICOLE MITCHELL | USA    VS. | **Rasheed Abdul Aziz** |
| DEP. CLERK: | Lisa Hardwick | | |
| COURT RPTR: | Lisa Hardwick | Frank Coan | Ken Hawk |
| USPO: | ---------------------- | | |
| INTERPRETER: | ---------------------- | | |
| TIME START: | 2:36 p.m. | | |
| TIME END: | 2:54 p.m. | | |

# CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| X | Change of Plea hearing called | X | Change of Plea hearing held |
| X | Dft appears with counsel | X | Dft physically/mentally ready |
| X | Dft sworn | X | Dft advised of maximum penalties |
| X | Dft advised of charges | X | Received copy of charges |
| X | Dft advised of right to counsel | X | Waived reading of charges |
| | Charges read | X | Discussed charges with counsel |
| X | Advised of right to remain silent | X | Court finds plea voluntary, knowledgeable |
| X | No pressure to plead | X | Plea agreement accepted and filed |
| X | Consent to plea before US Magistrate Judge | X | Factual resume filed |
| X | Dft enters a plea of guilty to count(s):  1 | | Order of detention (filed electronically) |
| X | Factual basis established | X | Finding of facts (filed electronically) |
| X | Elements of offense filed | | |
| X | Dft remanded to the custody of the US Marshal | | Dft continued on conditions of pretrial release |