IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:15-CR-56 |
| | § | Judge Schneider |
| RASHEED ABDUL AZIZ | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

<u>Violation</u>: 18 U.S.C. §§ 922(j) and 924(a)(2)
[Possession of stolen firearm]

On or about September 13, 2015, in Smith County, Texas, in the Eastern District of Texas, **Rasheed Abdul Aziz**, defendant herein, did knowingly and intentionally possess a stolen firearm, that is, a Taurus PT111 9mm pistol, serial number TIR41174, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen.

All in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, defendant shall forfeit to the United States:

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including, but not limited to the following:

### **FIREARMS**:

All firearms, ammunition, and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

- Taurus PT111 9mm pistol, serial number TIR41174;
- Two Taurus PT111 9mm pistol magazines;
- 50 Winchester rounds of 9mm caliber ammunition;
- 20 SIG Sauer rounds of 9mm caliber ammunition.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

                                              JOHN M. BALES
                                              UNITED STATES ATTORNEY

                                              */s/ L. Frank Coan, Jr.*
                                              L. Frank Coan, Jr.
                                              Assistant United States Attorney
                                              Bar No. 170966 (Georgia)
                                              110 N. College, Suite 700
                                              Tyler, Texas 75702
                                              (903) 590-1400
                                              (903) 590-1439 Fax
                                              frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:15-CR-56 |
| | § | Judge Schneider |
| RASHEED ABDUL AZIZ | § | |

## NOTICE OF PENALTY

### COUNT 1

VIOLATION: 18 U.S.C. §§ 922(j) and 924(a)(2)

Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT: $100.00